**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Kevin Sterk, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> vs. <br><br> Best Buy Stores, L.P. and BestBuy.com, LLC, <br><br> Defendants. | Civil Case No. 1:11-cv-1894 <br><br> **Defendants' Amended Rule 7.1 Corporate Disclosure Statement** |

Pursuant to Fed. R. Civ. P. 7.1, Best Buy Stores, L.P. and BestBuy.com, LLC state as follows:

Best Buy Stores, L.P. has one general partner, BBC Property Co., a Minnesota corporation, and one limited partner, BBC Investment Co., a Nevada Corporation. BBC Property Co. and BBC Investment Co. are wholly owned by Best Buy Co., Inc., a publicly-traded corporation. No other publicly-traded corporation owns 10% or more of Best Buy Stores, L.P.'s stock.

BestBuy.com, LLC is a wholly-owned subsidiary of Best Buy Stores, L.P.

DATED:  June 9, 2011	**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   s/Andrea Kloehn Naef
      Andrea Kloehn Naef

Joel A. Mintzer (*admitted pro hac vice*)
Andrea Kloehn Naef (*admitted pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
Email: jamintzer@rkmc.com
Email: aknaef@rkmc.com

**-AND-**

**KATTEN MUCHIN ROSENMAN LLP**
Alexander S. Vesselinovitch
Emily Prentice
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5200
Email: avesselinovitch@kattenlaw.com
Email: emily.prentice@kattenlaw.com

**ATTORNEYS FOR BEST BUY STORES, L.P.
AND BESTBUY.COM, LLC**

## CERTIFICATE OF SERVICE

I, Elissa Becker, certify that on June 9, 2011, I caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Rafey S. Balabanian**
**Benjamin Harris Richman**
**William Charles Gray**
**Ari Jonathan Scharg**
Edelson McGuire LLC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
Phone: 312/589-6370
Fax: 312/589-6378
Email: rbalabanian@edelson.com
Email: brichman@edelson.com
Email: wgray@edelson.com
Email: ascharg@edelson.com

By:   /s/Elissa L. Becker
      Elissa L. Becker

82240878.1